UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S and
NOVO NORDISK, INC.

    Plaintiffs-Counterclaim Defendants,

v.                                                     Case No. 05-40188

CARACO PHARMACEUTICAL         HONORABLE AVERN COHN
LABORATORIES, LTD. and
SUN PHARMACEUTICAL
INDUSTRIES, LTD.,

    Defendants-Counterclaim Plaintiffs.

_____/

## ORDER

This is a Hatch-Waxman patent case. A number of procedural motions are pending. These motions were discussed at a status conference on July 29, 2008. The motions are MOOT. As to the substantive motions, defendants' motion to amend the counterclaim is GRANTED. Plaintiffs' motion to dismiss for lack of jurisdiction is pending. Oral argument on this motion will be held on Wednesday, September 3, 2008 at 2:00 pm.

Trial is currently scheduled for Monday, January 12, 2009. A separate scheduling order will be entered.

    SO ORDERED.

Dated: July 29, 2008                        s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

**05-40118 Novo Nordisk A/S, et al v. Caraco Pharmaceutical Laboratories, LD, et al**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 29, 2008, by electronic and/or ordinary mail.

      s/Julie Owens
      Case Manager, (313) 234-5160