UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S, et al,

       Plaintiff,

v.

CARACO PHARMACEUTICAL
LABORATORIES, LTD,

       Defendant.
_____/

CIVIL ACTION NO. 05-40188

DISTRICT JUDGE AVERN COHN

## ORDER SETTING MOTION FILING DEADLINES AND SCHEDULING MOTION HEARING

On December 19, 2008 the Court held a telephone conference with the parties. The following deadlines were established during the conference:

> Defendant shall file its Motion for Summary Judgment on the Issue of Non-Infringement by **December 26, 2008**.
>
> A response shall be filed by **January 15, 2009**.
>
> A reply shall be filed by **January 20, 2009**.

A hearing on the motion is scheduled for **Monday, February 02, 2009 at 2:00 p.m.**

If the dates as detailed above must be adjourned due to pending discovery the parties shall arrange a conference call with the Court.

All proceedings on the Defendant's Motion for Summary Judgment on Obviousness are stayed pending further order of the Court.

SO ORDERED.

Dated: December 23, 2008         s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

**05-40188   Novo Nordisk A/S, et al v. Caraco Pharmaceutical**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 23, 2008, by electronic and/or ordinary mail.

        s/Julie Owens
Case Manager, (313) 234-5160