UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S, et al.,

    Plaintiffs,

                                         Case No. 05-40188

-vs-                                         Hon: AVERN COHN

CARACO PHARMACEUTICAL
LABORATORIES, LTD., et al.,

    Defendants.

_____/

## ORDER

    This is a patent case. Plaintiffs have filed a motion styled

> Plaintiffs' Motion To Stay And Compel Defendants' Compliance With The Court's Rulings And Defendants' Discovery Obligations

    The motion is DENIED, except as follows:

    Plaintiffs shall have the right within fourteen (14) days to depose G.P. Singh regarding documents disclosed to plaintiffs following the completion of depositions. Plaintiffs shall have twenty (20) days thereafter to respond to defendants' motion for summary judgment of non-infringement. Defendants shall have ten (10) days in which to reply.

    The reasons for this order were stated on the record on March 27, 2009.

    SO ORDERED.

Dated: March 27, 2009                    s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 27, 2009, by electronic and/or ordinary mail.

                                                          s/Julie Owens
                                                        Case Manager, (313) 234-5160