UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S, et al,

        Plaintiffs,        CIVIL NO. 05-40188

v.        HONORABLE AVERN COHN

CARACO PHARMACEUTICAL
LABORATORIES, LTD, et al,

        Defendants.
_____/

**ORDER GRANTING CARACO'S MOTION REQUESTING
LEAVE TO SUPPLEMENT ANSWER AND COUNTERCLAIMS**

On June 11, 2009 the Court held a telephone conference in this matter. For the reasons stated during the conference,

IT IS ORDERED that the motion is GRANTED.

SO ORDERED.

Dated: June 11, 2009        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 11, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160