UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S, et a.,

      Plaintiffs,                      CASE NUMBER: 05-40188

v.                                        HONORABLE AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

CARACO PHARMACEUTICAL
LABORATORIES, LTD., et al,

      Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PATENT INVALIDITY (D/E #118)

Defendants' motion for summary judgment on patent invalidity is **DENIED** for reasons stated on the record on June 18, 2009.

      SO ORDERED.


                                          S/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 18, 2009


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 18, 2009, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager, (313) 234-5160