UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S, et al.,

    Plaintiffs,

                                                  Case No. 05-40188
-vs-                                      Hon: AVERN COHN

CARACO PHARMACEUTICAL
LABORATORIES, LTD., et al.,

    Defendants.
_____/

## ORDER

Plaintiffs' Novo Nordisk A/S and Novo Nordisk, Inc.'s (Novo) motions (D/E 318)

- to dismiss Defendant's Caraco Pharmaceutical Laboratories, Ltd. And Sun Pharmaceutical Industries, Ltd.'s (Caraco) Count IV of Caraco's Third Amended Answer And Counterclaim (Doc. 309) (for an order requiring correction of a "use code") and

- to strike Caraco's Sixth Affirmative Defense In Caraco's Third Amended Answer And Counterclaim (Doc. 309) (patent misuse by providing the FDA with a materially misleading "use code" for U.S. Patent No. 6,677,359)

are DENIED.

    SO ORDERED.


Dated: August 19, 2009          s/ Avern Cohn_____
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 19, 2009, by electronic and/or ordinary mail.

                                                 s/ Julie Owens_____
                                               Case Manager, (313) 234-5160