UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S and
NOVO NORDISK, INC.,

    Plaintiffs,

-vs-

Case No. 05-40188
Hon: AVERN COHN

CARACO PHARMACEUTICAL
LABORATORIES, LTD. and
SUN PHARMACEUTICAL INDUSTRIES, LTD.,

_____/

## ORDER VACATING
## STIPULATED PROTECTIVE ORDER

    The Stipulated Protective Order entered October 13, 2006 (Dkt. 40), is VACATED. Papers filed prior to the entry of this order which are sealed shall continue to be sealed until further order of the Court. The Court has particular requirements for protective orders (Exhibit A).

    SO ORDERED.

Dated: September 24, 2009

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 24, 2009, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160

2:05-cv-40188-AC-DAS   Doc # 418   Filed 09/24/09   Pg 2 of 2   Pg ID 8417

2