UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NOVO NORDISK A/S and <br> NOVO NORDISK INC. <br><br>    Plaintiffs-Counterclaim Defendants, <br><br>    v. <br><br> CARACO PHARMACEUTICAL LABORATORIES, LTD. and SUN PHARMACEUTICAL INDUSTRIES, LTD. <br><br>    Defendants-Counterclaim Plaintiffs. | Civil Action No. 2:05 CV 40188 <br><br> Judge Avern Cohn |

**ORDER AND INJUNCTION**

The Court has granted Caraco's Motion for Summary Judgment on its Fourth Counterclaim and Sixth Affirmative Defense (Dkt #317), with regard to Caraco's Fourth Counterclaim asserted under 21 U.S.C. § 355(j)(5)(C)(ii)(I)(bb), as set forth in the Court's Decision re: Doc. 318 (Dkt # 421).  The Court previously denied Novo Nordisk's Motion to Dismiss (Dkt #337) in a Memorandum decision (Dkt #371).  In accordance with those two decisions, the Court hereby enters the following Injunction:

Novo Nordisk is hereby directed by mandatory injunction under 21 U.S.C. § 355(j)(5)(C)(ii)(1)(bb) to correct within twenty (20) days from the date of this Order and Injunction its inaccurate description of the `358 patent by submitting to FDA an amended Form FDA 3542 that reinstates its former U-546 listing for Prandin and describes claim 4 of the `358

DC:616723.1

patent in section 4.2b as covering the "use of repaglinide in combination with metformin to lower blood glucose."

**SO ORDERED** this 25th day of September, 2009

                                                s/Avern Cohn
                                                AVERN COHN
                                                United States District Judge