UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S, et al.,

      Plaintiffs,

                                Case No. 05-40188
-vs-                            Hon: AVERN COHN

CARACO PHARMACEUTICAL
LABORATORIES, LTD., et al.,

      Defendants.
_____/

## <u>ORDER</u>

Novo Nordisk's objections to DX 394 and DX 477A (Doc. 473) are OVERRULED for the reasons stated on the record on July 20, 2010. Particularly, DX 394 is a demonstrative exhibit displaying in graphic form the results of the testing described in DX 201, DX 61 (which is a duplicate of PX 44) and DX 246, publications which were identified in the testimony. Particularly, DX 477A is a graphic display of diabetic drugs identified in the testimony.

      SO ORDERED.


Dated: July 22, 2010          <u>S/Avern Cohn</u>
                            AVERN COHN
                            UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 22, 2010, by electronic and/or ordinary mail.


                            <u>S/Julie Owens</u>
                            Case Manager, (313) 234-5160