# United States Court of Appeals for the Federal Circuit

2010-1001

NOVO NORDISK A/S and NOVO NORDISK, INC.,

Plaintiffs-Appellants,

v.

CARACO PHARMACEUTICAL LABORATORIES, LTD., and
SUN PHARMACEUTICAL INDUSTRIES, LTD.,

Defendants-Appellees.

FILED
AUG - 9 2010
CLERK'S OFFICE
DETROIT

## Judgment

ON APPEAL from the United States District Court for the Eastern District of Michigan

in CASE NO(S). 2:05-CV-40188.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

<u>REVERSED</u> and <u>VACATED</u>.

ENTERED BY ORDER OF THE COURT

DATED APR 1 4 2010

/s/ Jan Horbaly /S.W.
Jan Horbaly, Clerk

<u>ISSUED AS A MANDATE:</u> AUG - 5 2010

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 8/5/10