UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S and
NOVO NORDISK, INC.,

    Plaintiffs,

v.                                                      Case No. 05-40188
                                                      HON. AVERN COHN

CARACO PHARMACEUTICAL
LABORATORIES, LTD. and
SUN PHARMACEUTICAL INDUSTRIES, LTD.,

    Defendants.
_____/

## JUDGMENT

    For the reasons stated in the Decision entered this date,

    IT IS ORDERED AND ADJUDGED that judgment be entered in favor of CARACO PHARMACEUTICAL LABORATORIES, LTD. and against NOVO NORDISK A/S and NOVO NORDISK, INC. as the Court finds that U.S. Patent No. 6,677,358B1, NIDDM REGIMEN is (1) not invalid because of anticipation, (2) invalid because of obviousness, and (3) not enforceable because of inequitable conduct.

Dated: January 19, 2011              S/Avern Cohn
                                                  AVERN COHN
                                                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 19, 2011, by electronic and/or ordinary mail.

                                                                  S/Julie Owens
                                                                   Case Manager, (313) 234-5160