UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO NORDISK A/S and
NOVO NORDISK, INC.,

    Plaintiffs,

v.                                        Case No. 05-40188
                                           Hon: AVERN COHN

CARACO PHARMACEUTICAL
LABORATORIES, LTD. and
SUN PHARMACEUTICAL INDUSTRIES, LTD.,

    Defendants.

_____/

## ORDER STAYING PROCEEDINGS

This is a patent case. On January 19, 2011, the Court entered a Judgment (Doc. 524) in favor of defendants finding the patent-in-suit, U.S. Patent No. 6,677,358B1 invalid. On January 26, 2011, plaintiffs filed a Notice of Appeal (Doc. 525) taking an appeal to the United States Court of Appeals for the Federal Circuit.

Now before the Court are:

    1.    Caraco's Motion For Attorney's Fees (Doc. 529)

    2.    Caraco's Taxed Bill of Costs (Doc. 537)

Proceedings as to these matters pending are STAYED until further order of the Court.

SO ORDERED.


Dated: February 23, 2011            S/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

**05-40188 Novo Nordisk A/S, et al v. Caraco Pharmaceutical, et al**
**Order Staying Proceedings**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 23, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160